# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| FCCI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00069 |
| HARAKAS CONSTRUCTION, INC., ) | District Judge Campbell |
| ON GRADE, LLC, ) | Magistrate Judge Holmes |
| HARAKAS DEVELOPMENT, LLC, ) | |
| NITRO GROUP, INC., ) | |
| NICHOLAS HARAKAS, and ) | |
| ANNEKE HARAKAS ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

As confirmed by the electronic signatures of their respective counsel of record below, Plaintiff FCCI Insurance Company ("FCCI") and Defendants Harakas Construction, Inc. ("Harakas Construction"), On Grade, LLC, Harakas Development, LLC, Nitro Group, Inc., Nicholas Harakas, and Anneke Harakas jointly stipulate to the dismissal of all claims that were asserted in this action, **without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This joint stipulation of dismissal without prejudice is being submitted to effectuate a settlement involving FCCI and Harakas Construction, which settlement has fully resolved all claims at issue in this action.

Respectfully submitted,

*/s/ Jarrod W. Stone*
Jarrod W. Stone, BPR No. 023915
MANIER & HEROD
1201 Demonbreun Street, Ste. 900
Nashville, Tennessee 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
JStone@ManierHerod.com

*Attorney for FCCI Insurance Company*


*/s/ J. Brad Scarbrough (with permission)*
J. Brad Scarbrough
Buildlaw
4300 Sidco Drive, Suite 200
Nashville, Tennessee 37204
Phone:
Fax:
brad@build.law

*Attorney for Defendants*