# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00069 |
| | ) | |
| HARAKAS CONSTRUCTION. INC., et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal Without Prejudice (Doc. No. 29) stating that they jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41 that this action should be dismissed without prejudice. Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE